UNITED STATES DISTRICT COURT FILED
SOUTHERN DISTRICT OF CALIFORNIA
2009 FEB 19 AM 11: 58

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR4198-L |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| FAUSTO ARAMBULA-CONTRERAS (1), | |
| Defendant. | |

        IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

____    an indictment has been filed in another case against the defendant and
        the Court has granted the motion of the Government for dismissal of
        this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

_XX_    the Court has granted the motion of the Government for dismissal; or

____    the Court has granted the motion of the defendant for a judgment of
        acquittal; or

____    a jury has been waived, and the Court has found the defendant not
        guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

____    of the offense(s) of:

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 02/17/2009

                                    M. JAMES LORENZ
                                    UNITED STATES DISTRICT JUDGE

                                    ENTERED ON _____